102 So.2d 913

## James Ludwig COLVIN

v.

## STATE.

6 Div. 263.

Supreme Court of Alabama.

May 22, 1958.

Beddow, Gwin & Embry, Birmingham, and J. O. Sentell, Jr., Montgomery, for petitioners.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of James Ludwig Colvin for certiorari to the Court of Appeals to review

694

and revise the judgment and decision of that Court in Colvin v. State, 102 So.2d 911.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.